■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEIN FIGUEROA, Appellant. [791 NYS2d 420]—Judgment, Supreme Court, Bronx County (Edward M. Davidowitz, J.), rendered January 10, 2003, convicting defendant, upon his plea of guilty,

of burglary in the first degree, and sentencing him, as a persistent violent felony offender, to a term of 20 years to life, unanimously affirmed.

Defendant's constitutional challenge to the procedure under which he was sentenced as a persistent violent felony offender is unpreserved for appellate review and, in any event, is without merit (*see People v Rosen*, 96 NY2d 329 [2001], *cert denied* 534 US 899 [2001]). Defendant's mandatory sentence was based entirely on his criminal record (*see Almendarez-Torres v United States*, 523 US 224 [1998]). Concur—Buckley, P.J., Tom, Saxe, Friedman and Sweeny, JJ.